UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff(s),

  v.

STRATEGIC RESTAURANT ACQUISITION,

        Defendant(s).
_____/

NO. CIV. S-06-2333 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of plaintiff's counsel in the above action the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 22, 2007. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

    **IT IS SO ORDERED**.

Dated: December 11, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE